■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT KESSNER, Appellant.—(Appeal No. 2.) Order unanimously affirmed. Same Memorandum as in *People v Kessner* ([appeal No. 1] 181 AD2d 1044 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Rossetti, J.—CPL 440.10.) Present—Denman, P. J., Green, Pine, Lawton and Doerr, JJ.

■ RICHARD E. REGAN, Appellant, v DON CONNORS et al., Constituting the Town Board of the Town of Brighton, Respondents.—Order unanimously modified on the law and as modified affirmed without costs and judgment granted in accordance with the following Memorandum: We agree with Supreme Court's analysis and conclusion as set forth in its written decision. However, rather than dismissing the complaint seeking declaratory relief, Supreme Court was obligated to make a declaration, even though plaintiff was not entitled to the declaration he sought *(see, Hirsch v Lindor Realty Corp.,* 63 NY2d 878, 881; *see also, Lanza v Wagner,* 11 NY2d 317, 334; *Medical World Publ. Co. v Kaufman,* 29 AD2d 859). Consequently, we modify the order to include the declaration that Local Laws, 1989, No. 3 of the Town of Brighton is not unconstitutional and constitutes a valid exercise of power by the Town Board of the Town of Brighton. (Appeal from Order of Supreme Court, Monroe County, Ingraham, J.—Dismiss Complaint.) Present—Denman, P. J., Green, Pine, Lawton and Doerr, JJ.